JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL SIGNAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>SEAN HEIECK,<br><br>    Defendant. | Case No. 2:19-cv-04543-AG-KES<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO DISMISS CASE WITHOUT PREJUDICE**<br><br>Complaint Filed: November 29, 2018<br>Trial Date:    None Set<br>District Judge:  Hon. Andrew J. Guilford<br>Magistrate Judge: Hon. Karen E. Scott |

# ORDER

The Court, having read and reviewed the Parties' Joint Stipulation and Request to Dismiss the Case Without Prejudice, and for good cause appearing, rules as follows:

1. By request and stipulation of the Parties, Case No. 2:19-cv-04543-AG-KES is hereby dismissed without prejudice.

2. The Parties shall bear their own costs and fees associated with this proposal and the dismissal.

**IT IS SO ORDERED.**

Dated: August 12, 2019

_____
Hon. Andrew J. Guilford
United States District Judge